IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRI D. NGUYEN,

      Plaintiff,                    No. 2: 10-cv-1461 WBS KJN P

   vs.

BARTOS, et al.,

      Defendants.          ORDER

                                /

        Pending before the court is defendants' March 31, 2011 motion to modify the scheduling order. Defendants request that the April 8, 2011 discovery cut-off date be extended for thirty days to May 8, 2011, for the limited purpose of deposing plaintiff's newly identified inmate witness. Defendants state that plaintiff identified this inmate witness in discovery responses received by defendants on March 24, 2011.

        Good cause appearing, defendants' motion is granted. Because May 8, 2011 has passed, defendants are granted thirty days from the date of this order to conduct this deposition.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' March 31, 2011 motion to modify the scheduling order (Dkt. No. 26) is granted;

1

1          2.  The discovery cut-off date is extended for thirty days from the date of this
2  order so that defendants may depose plaintiff's newly identified inmate witness.
3  DATED:  May 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7  ng1461.dep