1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    TRI D. NGUYEN,

11              Plaintiff,                 No. 2: 10-cv-1461 WBS KJN P

12         vs.

13    BARTOS, et al.,

14              Defendants.                ORDER

15    _____/

16              Defendant Bartos seeks an order from the court permitting defense counsel to

17    conduct the deposition of inmate witness Darrell Gurule via videoconference.

18              Good cause appearing, IT IS HEREBY ORDERED that

19              1.  Defendant's motion to conduct the deposition of inmate Darrell Gurule via

20    videoconference (Dkt. No. 34) is granted;

21              2.  Nothing in this order shall be interpreted as requiring any penal institution to

22    obtain videoconferencing equipment if it is not already available.

23    DATED:  June 1, 2011

24

25    KENDALL J. NEWMAN
      UNITED STATES MAGISTRATE JUDGE

26    ngu1461.com

1