IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRI D. NGUYEN,

      Plaintiff,                       No. 2: 10-cv-1461 WBS KJN P

    vs.

BARTOS, et al.,

      Defendants.               ORDER

_____/

        Pending before the court is defendant's June 13, 2011 motion to vacate the dispositive motion filing deadline. Pursuant to the December 22, 2010 scheduling order, the dispositive motion filing deadline is July 1, 2011.

        Defendant requests that the dispositive motion deadline be vacated because on June 9, 2011, the undersigned granted him twenty-one days to serve plaintiff with additional discovery as well as additional time to file a motion to compel, if necessary. Defendant states that discovery will not be complete before July 1, 2011.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' motion to vacate the dispositive motion deadline (Dkt. No. 37) is granted;

////

1

2. The dispositive motion deadline is re-set for September 23, 2011.

DATED: June 28, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ngu1461.sch